RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 6/28/11
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| DEIDRE A. PIERRE<br>DOC #445265<br>VS. | CIVIL ACTION NO. 09-1881<br><br>SECTION P<br><br>JUDGE HAIK |
| MARIANA LEGER, WARDEN | MAGISTRATE JUDGE HANNA |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. #12], and after an independent review of the record including the objections filed by petitioner [Doc. #13], and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that this petition for *habeas corpus* be DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this 27 day of June, 2011.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE